UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGIL L. SMITH | CIVIL ACTION |
| VERSUS | NO. 12-2086<br>c/w 12-2226 |
| N. BURL CAIN, WARDEN | SECTION "F"(2)<br>PERTAINS TO BOTH CASES |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the consolidated petitions of Virgil L. Smith for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 are **SEVERED** for purposes of the entry of judgment.

**IT IS FURTHER ORDERED** that Smith's habeas petition in Civil Action No. 12-2086 is **DISMISSED WITH PREJUDICE** as merit less.

**IT IS FURTHER ORDERED** that Smith's habeas petition in Civil Action No. 12-2226 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this   28th   day of   March  , 2013.

_____
UNITED STATES DISTRICT JUDGE